IH-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
against
Yehezkel Elia           and
(Alias) David Elyahu

Please PRINT Clearly
```

U.S. DISTRICT COURT FILED JUN 20 2007 W.P. S.D. OF N.Y.

07CR543
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: J. MICHAEL McMAHON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.
★ Yehezkel Elia

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 09  YR. 1974

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ___NY___ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: ~~NEW YORK~~ WHITE PLAINS, NEW YORK
6/20/07

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
Yehezkel Elia
Attorney for Defendant
Jared J. Scharf
Firm name if any
1025 Westchester Avenue
Street address
White Plains, N.Y. 10604
City        State        Zip
914  682-9777
Telephone No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186