Travel is restricted to the SD & EDNY ~~Cosigners.~~ Surrender Passport and/or not apply for new travel documents. Strict Pre Trail supervision ~~with Drug Testing/Counseling. Home detention with Electronic Monitoring (with prior notification to PreTrial the defendant may leave place of home detention for employment (seek or actual); court, attorney or medical appointments; and attendance at religious services as well as pretrial visits.~~ ~~The defendant may not possess or operate internet capable equipment or access internet; frequent places in/at which minors congregate; or capture images, in any way, of minors.~~

\* WIFE (JANICE) BY 6/22/07

AO 98 (Rev. 8/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT FILED COURT
JUN 20 2007
S.D. OF N.Y. W.P.

UNITED STATES OF AMERICA
V.

YEHEZKEL ELIA
_____
Defendant

APPEARANCE BOND
CASE NUMBER  07CR543

Non-surety: I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 1,000,000 , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or  Property 6/29/07 (Residence)(wife)
12 SUNSET LANE  Describe other security  HARRISON NY

The conditions of this bond are that the defendant  YEHEZKEL ELIA
Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 6/20/07  at U.S. Courthouse, 300 Quarropas Street, White Plains, NY 10601
Date                   as to ∆ 6/24/07

Defendant [signature]                     Address  245 TREETOP CRESCENT.
JM 6/24/07 Surety Janice Elia / Janice Elia  Address  RYE-BROOK N.Y. 10573.

Surety _____  Address  12 Sunset Lane
                                Harrison, NY 10528
                                954-2988

Signed and acknowledged before me on _____
                                      Date

_____
Judicial Officer/Clerk

Approved: _____
          Judicial Officer