**JARED J. SCHARF**
ATTORNEY AT LAW
1025 WESTCHESTER AVENUE • SUITE 305
WHITE PLAINS, NEW YORK 10604
(914) 682-9777

**MEMO ENDORSED**

JARED J. SCHARF

ADAM L. SCHARF*

*NY . NJ BARS

July 31, 2007



VIA FACSIMILE (914-390-4085)
Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:    United States v. Elia
                  Docket No. 07 Cr. 543 (CLB)

Dear Judge Brieant:

    I write to request that defendant Yehezkel Elia be permitted to travel outside the Southern and Eastern Districts as follows:

    August 16-19        Tuscon, Arizona
    August 28-Sept. 1   Las Vegas, Nevada

    The purpose of these trips is as follows: Mr. Elia's son is a student at the University of Arizona. Mr. Elia would like to accompany his son to Tuscon for the new semester and help him move from his apartment from last year to his new apartment.

    Mr. Elia has a retailers' convention in Las Vegas. He attends this convention every year to purchase inventory for his stores for Christmas and for the spring season.

    I telephoned Ms. Dunne on July 26. I left a voice mail message in which I asked her if the government will consent to these trips. Ms. Dunne has not returned my call. Since Mr. Elia would like to make his travel arrangements as soon as possible, and since Ms. Dunne has been reluctant to respond to my other discovery related communications, I am making this application without awaiting her response.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED

*/s/ Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/31/07

Honorable Charles L. Brieant
July 31, 2007                Page 2

    In the event your Honor is not available to rule on this application, I respectfully request that this letter application be referred to another judge or to a magistrate judge.

    Thank you very much.

Respectfully,

Jared J. Scharf

cc: Cynthia K. Dunne, Esq.
    Joseph C. Vita, Esq.