# JARED J. SCHARF
ATTORNEY AT LAW
1025 WESTCHESTER AVENUE • SUITE 305
WHITE PLAINS, NEW YORK 10604

(914) 682-9777

JARED J. SCHARF

ADAM L. SCHARF *

*NY, NJ BARS

September 4, 2004

VIA FACSIMILE (914-390-4085)

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601
Attention: Alice Cama

Application granted. Conference now scheduled for OCTOBER 10, 2007 at 9:00.
Time is excluded under the Speedy Trial Act through October 10, 2007.
SO ORDERED. Charles L. Brieant U.S.D.J.
Dated: 9-5-2007

Re: United States v. Elia, et al.
Docket No. 07 Cr. 543 (CLB)

Dear Ms. Cama:

In Mr. Scharf's absence, I write this letter to confirm the parties have agreed that the conference in this matter previously scheduled to take place tomorrow will be re-scheduled for Wednesday, October 10, at 9:00 a.m.

The parties also agree to exclude time.

Thank you very much.

Respectfully,

Christina A. Ogando
Paralegal

cc: Cynthia K. Dunne, Esq. (via facsimile)
Joseph C. Vita, Esq. (via facsimile)