# MEMO ENDORSED

## JARED J. SCHARF
ATTORNEY AT LAW
1025 WESTCHESTER AVENUE • SUITE 305
WHITE PLAINS, NEW YORK 10604
(914) 682-9777

JARED J. SCHARF

ADAM L. SCHARF *

*NY, NJ BARS

October 15, 2007

*[Handwritten in left margin: Application Granted SO ORDERED October 22, 2007 Charles L. Brieant USDJ]*

VIA FACSIMILE (914-390-4085)

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Elia*
            *Docket No. 07 Cr. 543 (CLB)*

Dear Judge Brieant:

    I write to request that defendant Yehezkel Elia be permitted to travel outside the Southern and Eastern Districts.

    Mr. Elia requests permission to travel to Puerto Rico over the holidays. The purpose of this trip is a vacation with his children. Mr. Elia would like to depart for Puerto Rico on December 25, 2007 and return to New York on January 2, 2008.

    Ms. Dunne has advised me that she does not object to this application.

    Thank you very much.

                                                            Respectfully,

                                                           Jared J. Scharf

cc: Cynthia K. Dunne, Esq.
     Joseph A. Vita, Esq.