```
           <APPROVED>   SEACATS - INCIDENT REPORT <APPROVED>            PAGE   3
                                                                        TIN00222
INCIDENT  NBR: 2001SZ004328601         FP&F CASE NBR: 2001470100203501
VIOLATOR NAME: ELIA, YEHEZKEL   ISRAEL
TOPIC: JFK CET OUTBND CURR SZR./TEL AVIV/DL FLT#096/MALE-US CITIZEN/$43,992
ON SITE MITIGATION:
 CITATION ASSOCIATED WITH PENALTY:
PENALTY: PENALTY ASSESSED              .00      MITIGATED AMT        .00
   AMT CLCTD          .00 DATE           RECEIPT#           PRMSRY AMT
PLACE OF DISCOVERY: P (WITHIN P.O.E.) LOC: DELTA TERMINAL/GATE 14/JFKIA
PLACE OF SEIZURE:   P (WITHIN P.O.E.) LOC: DELTA TERMINAL/GATE 14/JFKIA
  1 DESC OF SEIZED ITEM: U.S. CURRENCY (VARIOUS)
    COMM/CD: CSH            QTY:          471.00 UM: EA   WT DET:     FDIN:
    COUNTRY OF ORIGIN: US   COUNTRY OF EXPORT: US   COUNTRY OF DESTINATION: IL
    DEC VAL:           0    FOR VAL:                DOM VAL:       42000
    DUTY:                   LEGAL STAT: SZ PHYS STAT: HE CUST: SPC
    CONCEAL: H SEC:         ENTERED TARIFF #: CSH
    T.E.S. CODE:       INV LIST: N   CONCEAL COMM/CDE:
    BILL COUNT: DENOMINATION:        100   COUNT:       369   RELEASE COUNT:
    BILL COUNT: DENOMINATION:        503   COUNT:       102   RELEASE COUNT:
  2 DESC OF SEIZED ITEM: U.S. CURRENCY (HUMANITARIAN RELEASE)
    COMM/CD: CSH            QTY:           73.00 UM: EA   WT DET:     FDIN:
    COUNTRY OF ORIGIN: US   COUNTRY OF EXPORT: US   COUNTRY OF DESTINATION: IL
    DEC VAL:           0    FOR VAL:                DOM VAL:        1992
    DUTY:                   LEGAL STAT: SZ PHYS STAT: RE CUST:
    CONCEAL: H SEC:         ENTERED TARIFF #: CSH
    T.E.S. CODE:       INV LIST: N   CONCEAL COMM/CDE:
    BILL COUNT: DENOMINATION:          1   COUNT:        42   RELEASE COUNT:    42
    BILL COUNT: DENOMINATION:          5   COUNT:         2   RELEASE COUNT:     2
    BILL COUNT: DENOMINATION:         20   COUNT:        12   RELEASE COUNT:    12
    BILL COUNT: DENOMINATION:        100   COUNT:        17   RELEASE COUNT:    17
TOTALS:         DECLARED VALUE:         0         FOREIGN VALUE:            0
                DOMESTIC VALUE:     43992         DUTY:                  0.00
========================================================================
CIRCUMSTANCES/REMARKS:
THE JFK/CET OUTBOUND CURRENCY TEAM SELECTED DELTA AIRLINES FLIGHT DL 096 FOR
OUTBOUND CURRENCY EXAMINATIONS. PASSENGER YEHEZKEL I. ELIA WAS STOPPED IN THE
JETWAY BY      b7c         AND INFORMED OF THE TITLE 31 CURRENCY REPORTING
REGULATIONS / REQUIREMENTS. PAX WAS GIVEN A CP-503 (ENGLISH VERSION), WHICH
HE READ AND STATED HE UNDERSTOOD.  PAX WAS INFORMED TO DECLARE ALL MONIES HE
WAS TRANSPORTING, INCLUDING ALL MONIES BEING TRANSPORTED ON BEHALF OF OTHERS
ANY CHECKS OR MONEY ORDERS AND ANY MONEY IN HIS CHECKED LUGGAGE.  PAX THEN
DECLARED HE WAS CARRYING $9,400 AND SIGNED THE CP-503 TO THAT EFFECT.  PAX
PRODUCED $10,000. FOR VERIFICATION. A SUBSEQUENT EXAMINATION OF PAX CARRY ON
BAG REVEALED AN ADDITIONAL $33,992.  A TOTAL AMOUNT OF $ 43,992 WAS SEIZED FOR
VIOLATION OF 31USC5316,5317. PAX AND ALL PE WERE TRANSPORTED TO THE CET OFFICE
FOR FURTHER PROCESSING.   b7c   WAS NOTIFIED. TECS AND CMIR CHECKS WERE
NEGATIVE. FEDERAL PROSECTION WAS DECLINED. PAX WAS RETURNED $1,992. FOR
            OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY
```

```
            <APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>         PAGE    4
                                                                     TIN00222
INCIDENT  NBR: 2001SZ004328601           FP&F CASE NBR: 2001470100203501
VIOLATOR NAME: ELIA, YEHEZKEL  ISRAEL
TOPIC: JFK CET OUTBND CURR SZR./TEL AVIV/DL FLT#096/MALE-US CITIZEN/$43,992
HUMANITARIAN REASONS. THE RETAINED AMOUNT OF  $42,000  WAS PLACED IN CUSTOMS
EVD BAG #144734 AND RECEIPTED FOR ON CF6051 #1825338 AND TOT SPC FOR DEPOSIT
FP&F.  PAX AND ALL PE WERE RETURNED TO DELTA TERMINAL WITHOUT FURTHER INCIDENT
================================================================================
           OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY
```