

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 24, 2008

**BY HAND**

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted. Conference now scheduled for _February 14, 2008_.
> Time is excluded under the Speedy Trial Act through _February 14, 2008_.
> SO ORDERED. /s/ C.L. Brieant, U.S.D.J.
> Dated: 2-4-08

Re: **United States v. Elia and Elyaho,**
    07 Cr. 543 (CLB)

Dear Judge Brieant:

  This is to request a one week extension of time to respond to the defendants' motions in the above case. Counsel for both defendants have consented to this request.

  Under the current schedule, the Government's response is due today, reply briefs are due on January 31, 2008 and the motions are scheduled to be heard on February 5, 2008. Accordingly, we respectfully request that the schedule be amended to require the Government's response by January 31, 2008, reply briefs by February 7, 2008 and that the motions be heard at a date convenient to the Court, after February 7, 2008.

  As the Court is aware, although motions are pending, the defendants' attorneys are still reviewing, accumulating and analyzing documents which were produced in discovery and from other sources and the Government is actively working on compiling an exhibit list. Accordingly, the parties respectfully request

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MICROFILM
FEB X 6 2008
USDC SD NYWP

that time be excluded in the interests of justice until the new hearing date, as motions are not fully submitted and because the defendants' attorneys are actively analyzing discovery materials.

          Respectfully,

          MICHAEL J. GARCIA
          United States Attorney

by: *[signature]*
          Cynthia K. Dunne
          Assistant United States Attorney
          (914) 993-1913

cc: Jared Scharf, Esq. (By Fax)
    Joseph C. Vita, Esq. (By Fax)