**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
United States of America

                                              NOTICE OF ASSIGNMENT
           -V-
                                              7:07 cr 543(KMK)

Yehezkel Elia and David Elyaho,

------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of

    JUDGE: Kenneth M. Karas

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 4/01/08

                                    J. Michael McMahon, CLERK

                                    by: _____
                                            Deputy Clerk

CC:   Attorneys of Record



i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004