```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

YEHEZKEL ELIA and DAVID ELYAHO,

           Defendants.

07-CR-543 (KMK)

ORDER

**KENNETH M. KARAS, U.S.D.J.**

At a conference before the Court held on March 28, 2008, the Court adopted the following schedule:

Jury selection and trial will begin on June 9, 2008.

The Government shall turn over to Defendants, pre-marked, all exhibits it intends to introduce at trial by no later than May 2, 2008. Any exhibits the Government will seek to introduce pursuant to Federal Rule of Evidence 404(b) shall be clearly designated as such. Requests to charge and proposed voir dire shall also be submitted by no later than May 2, 2008.

All in limine motions shall be served by no later than May 23, 2008. Opposition papers shall be served by no later than May 30, 2008.

The Government shall turn over all *Giglio* and 3500 material by no later than May 23, 2008.

With respect to reverse discovery, all discoverable material in Defendants' possession at this time shall be turned over to the Government by no later than one week from the date of this Order. Discoverable material obtained hereinafter will be turned over to the Government within one week of receipt by Defendants' counsel.

The Court will hold a final pretrial conference on June 4, 2008 at 10 A.M.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until June 4, 2008.

SO ORDERED.
DATED:    March 31, 2008
             White Plains, New York

                                          KENNETH M. KARAS
                                  UNITED STATES DISTRICT JUDGE