JARED J. SCHARF
ATTORNEY AT LAW
1025 WESTCHESTER AVENUE, SUITE 305
WHITE PLAINS, NEW YORK 10604

(914) 682-9777

JARED J. SCHARF

ADAM L. SCHARF*

*NY, NJ BARS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# MEMO ENDORSED

April 3, 2008

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:    United States v. Elia
               Docket No. 07 Cr. 543 (~~CLB~~) (KMK)

Dear Judge Karas:

    I respectfully request that jury selection in this matter be delayed from June 9, 2008, as presently scheduled, until June 12, 2008. The basis for this request is religious observance by defendant and his expert witness. The Holiday of "Shavuos" begins at sundown on June 8 and ends at sundown on June 10. However, our expert witness will be in Chicago during the holiday and will not be able to return to New York until June 11. I was not aware of this conflict until today.

    Thank you very much.

                                  Respectfully,

                                  Jared J. Scharf

cc:  Cynthia K. Dunne, Esq.
     Joseph A. Vita, Esq.

*[Handwritten endorsement:]* Jury selection will begin on June 11, 2008, at 10 am. The expert witness is not necessary for jury selection.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/8/08