| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

    v.

YEHEZKEL ELIA, and
DAVID ELYAHO

        Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 543 (KMK)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case, as a second Assistant United States Attorney, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

         Respectfully submitted,

         MICHAEL J. GARCIA
         United States Attorney for the
           Southern District of New York

        by:   /s/ Seetha Ramachandran
            Seetha Ramachandran
            Assistant United States Attorney
            (212) 637-2546

TO:    Jared J. Scharf, Esq.
         1025 Westchester Avenue, Suite 305
         White Plains, NY 10604
         Counsel for Defendant Yehezkel Elia

TO:    Joseph A. Vita, Esq.
         327 Irving Avenue
         Port Chester, NY 10573
         Counsel for Defendant David Elyaho