Elia, Yehezel
Elyaho, David

On 12/19/05 S/A Longo and Eis met with Jared Scharf, defense attorney for
Yehezel Elia, Elia Yehezel, defendant and Cindy Dunn, AUSA.  The meeting was
requested by Jared Scharf for his client to provide information regarding a tax
violation.  AUSA Dunn requested that Elia provide his criminal responsibility
regarding the tax evaded items prior to listening to Elia's information.  During the
meeting Elia admitted that he did not report all of his business income from his
various businesses in violation of Title 26 USC, 7201 and Title 26 USC 7206(1).
Elia also explained in detail, all of his current assets including rental buildings.
After explaining how he did not file accurate business and personal returns, Elia
provided the following information:

Elia and his brother, David Elyaho, own and operate a small costume jewelry
store located in Cross County Shopping Center.  Their store purchases its
costume jewelry from a business located on Broadway between the 20's and
30's.  No specific information was provided however it was all alledged that the
store owner was not reporting all of his cash purchases over $10,000, an 8300
Form violation.  Elia stated that he was willing to go undercover and make
purchases in cash over $10,000 if needed, in exchange for a cooperation letter
from the AUSA.

The information provided by Eila was not specific and did not include full names.
S/A Longo asked when Elia last purchased over $10,000 worth of jewelry from
the vendor and he stated that he never has.

Prior to leaving the meeting Elia signed a Proffer agreement and a copy was
retained by S/A Longo.

 At the conclusion of the meeting the  AUSA and the Agents agreed that the
information provided was not considered significant to warrant an investigation
for any tax or non tax violation.

12/19/05          Conference Room          3:15pm to 5:00pm

(1)

Jared Scharf — ESQ

Elia, Yekusel, Client/Subject/witnesses
SAI Phesigurino N/A
Chrystthn David, Asst
Herb Eas, S/A
Patrick Longo, S/A

Background —
        Came  US — 1973, MAY
        Queens College  ←
        Yom Kippur war — back to Ishael  Oct 1973  74  — macs
        6 mths Aftr came back to US from Israel
Soccer → Adelphi University  — scholarship fa soccer
        EL AL — Security Agent — Keddof Airport
                        Diplomatic Visa
                3 years

Business Maternity Store, Mans store, with Partner?
(1st) Diaper Service, by the case
        Partner back Israel Barel — bad
        $250 A mnth rent

(2nd Store) — Bronx store —

    ↓
    ↓ 15 stres → "Expectations"

    MAlls very expensive — Industry fell — stre closed

Store Closeds All ofthm          ②

Then Started in Cross County — electronics store

Separate Capital          — 3 years Ago — "Sports Stop" — Now Circuit
                                    Cicuit City open.

$10,000  Purchase Including          Sneaker MANIA
         Inventory          — Sneaker Store  12-13 years
         Purchase from _____?          Ago
         Land lord took a pass lease over to ElA

Sneaker store + the Kids + Woman sneaker store
Electronis store Closed —— became clothing store
"Dynasty Clothing" Was closed did work out

    "Fancy feet" - Closed not worked out

    "Dynasty Jewlery" Closed not worked out

1/2 Year Ago Photo store
         10 year lease below market price - photo
         store sold due to machine breaking

White Plains — Outlet Store
         — Cross County store — then to Outlet Store
Sneaker outlet to sell sneakers pack at Sneaker MANIA Cro
2 years Ago.



"First Touch" — Aff~~iliated store~~ store eppertatives

— Kiosh in front of Macy's

— Rhode Island — Landlord Accomodations
from landlord to RI

David (Brøn) ⟶ 120 squa feet

— Surviving but market is slow — A little
Profit

"Pizzia MARIA" — owner — MAROX, Landlord — that was
10 to 12 years Ago          his pizzia store. Employee stole
$25,000K to purchase      Money. Pizzia MAROX 1/2 to
                                    pay out of proceeds
                                    Close to 2 years to pay off

Money orders

Pay in Advance a money orders
— High turnover
— Purchase orders — limit was $3,000 Postal
                                              money order

⟶ Dynasty        ⟩ Cash a money order.
    First Touch

Cash Income — Pizzia cash only
                    ⟶ Credit cards at all store

<u>Business   Last 2 years</u>

All cashs deposited ⟶
Cash to many aders ⟶
Salary in Cash

Actual — 2003, 2004, 2005,
        Directed by Elia to managers daily She

<u>Daily Cash pick up</u>
        Cash paid to Elia Salary + Cash many acts.
        100,000 to 140,000 in salary fa year.
    2002 — $50,000, Her told Accoutant $80,000

<u>"Centa fa safety"</u>
    Driving school — payroll company $50,000 — 52,000 salary
        Regulated by DmV — No more Income.
        ⟶ Small Accountant payroll
        (file 1099 Not filed)
        ⟶ $14,000 rms — $250,000
                        <u>Note</u> from seller — 5 years

2002 — Sndesh Marin + Pizzia Income Not Reported.

CASH — Pizzia Mania + Sndesh Mar
    2000,          (2002) 2003 Not file
                    2004 Not file

Feb 2004 = to present All is Accutant for.

<u>Sdeslity MANIA</u> → <u>Corp</u>

Aftr search warrant - more checks the# many adrs.

David - hardly finished highschool
        - married — Not Approved wife
David & Elia — Agreed to split profits with david
        Aftr expenses.
       40,000
       50,000

<u>Pizzia MANIA</u> — W-2 Wages - David - PAyroll
           - Cash - from First Torch
          $10,000 → 2000, 2001, 2002  20,000 -
         →10,000②
AN employee  First Torch ② → 10,000①
No employee  Pizzia MANIA ②
<u>Elia</u> — 2001  No Sdeshmania  Driving School & Pizzia MANIA

                                       99 - 2000
                                       No Sdeshmania
2002 - No Sdeshmania

Elia Wife Was working at driving school.

1999 — 2002 - No W-2 . Sdeshmania
       2003 - W-2 - April 15, 2004 = W-2 Sdeshmania

Accountant — <u>Sdeshmania</u> - No Many adrs
                        - No Cash Daily Cash
                        - No Cash PAyroll -
Elia - "mistake by Accountant" - not supplied by
     Elia to accountant

Elia — told <u>Accountant</u> — pizzia mania —
Union School —

Gross Sales — Accountant —
Cost of Good Sold — Accountant
Salary — Elia — supplied by Elia

Physical Educatn — marist college.

Assets — in other peoples Names
— Sammys Account — mothers money —
— Sammy Represente moms money
12 years Ago = help Sammi set up
Accout, Power of Attorney — Deposit + withdrawl
Money —

<u>Loans from famly</u> — Loans in Cash
Mothr — gave to famly members to
Heir →$100,000. estimate
Schwab Accout — Stock purchase
Fidelity Account —
Slomo Rasabi — 1/2 million dollars.
Gladman
4 Times Since

— Money From Israel —

<u>Elia</u>    Noticed money was not on Return + said nothing

Sammy

Property — White Plains 1998 — 94 Harding —
84 Walla 50% owner
2 properties 215 Battle Ave 100

50% 1/2 Rental Istat — 38 Orchard Street, NY my
moshem ⟶ Yassobof

Given to Wife As Divorce Agreemat — 215 Battle Ave 200,000
$800,00
95 Harding Ave ?
— 800,000 ?
Financial Statemet —                            260-270K mort

84 Walla —
200k — previous owner
Igal Joseph-Isnael — 95 Harding 50% owner
Walla ✓

Saved through the years —

32 Cedar Cop — Knows Sammy
(Last 2 years)           800 A month ⟶ checks
Personal Account —

Rounded Information

(Jewelry) — Custom Jewlery + Accessories
                                    Belt, hat, toys

10 Block Radius — Cash only business
                — Volume discounts

Daily Sales — Retail + wholesale.

① Broadway — 2 Floors — Earing Plaza
          13-14 employee's
          4 Girls Cashiers + 1 Manager
          Store Receipt + Volume discounts on Receipt
          Credit Cards —
    $500 — $1500 A typical purchase

② 20 + 30's + Broadway — — Street Vendors
                        — Hand Written Receipts

          ③ David does most of sales

Now $10,000 → have purchased Over $10,000 from
"Earing plaza"

Davids Attorney (Anna Oppenheim ,07, ~)

Rashi — Lyodd Funding -
          Structing deposits — into Samini -/teci Brothers,
                                           Elia

12/19/05

1973 - Queens College - F.B. was Returning
Israel - Religion time - Scholarship
Security at Airport

STARTED Maternity Store Queens
with Father ISRAEL FARREL - he went
back to ISRAEL

Opened Second Store in Bronx
15 STORES - EXPECTATIONS
Closed all Stores Change a market
In mall opened Electronics Store
Changed to Clothing Store

Bought Sneaker store in Cross County
Mall Cost $7000 in Clothing inventory

Changed on Philly area

Few years ago took over Photo Store
From mall Operator.
Sell Photo Store

Opened Outlet in White-Plains
to Sell excess merchandise
moved 2 years ago
Part of Sneaker chain
Dynasty was Part of this Corp

Spita Stop replaced Cross County Mall
Separate cash.

Final Touch still while Expectation
was still operating - good deal from
Manufacturer. Custom Jewelry

Pizza Stop with help - owner -
McD - Mr. Mack paid go from proceeds
Sent checks with proceeds

STARTED with money orders because the
Suppliers were not willing give him
a line of credit

Till two years ago
Told Acct no took Salary in
cash

MArch 6, 2006                    Jahad Schaff
                                 Flia, subject
Pinta        11:00Am to          SA1 Assigned
Knice off                        All detabase.

Costure Jewley — Consie Veture — Fala $30 sold for $60

Contact Number —

① 1225 BrundwAy / Between 29 - 30 street (400sq feet)
                                         500 to 1000 Bags
All Floors    - live going into building
              - Peddler + Foreisis
              - Elevator waiting
              - Tough stairs

      4th Floor         Room
      to 5th Floor —  ( 512 ) 5th Floor — 2 kids 6 yr & 6 in
                        Buy marchindise
                        Sent UPS if wanted
      Per Card → All Bands
Wallace - 347 - 387 - 1525
              All kind of Ladies bags — scarves — shoes
              wallet — hats + more
              whole sale + Retail

1225 BroadWAY 7th Floor — Sale build      source of Bad size
ribe shoes        De J10 — 917 —       ① — ZAnios Bakery
Tublaid                   soge 3444              Employee
              Cutsiot Person              ② Girl at Driving school

## China town

Ties + hats in Front of 347
**347** Canal street - 2nd Floor -

moved hat there was a dog
Dog upstairs - Fake Goods →Men + Lady

Prada                    → Showroom
Louie Veton Bags


People in street with Catalogs -

Distribution 321 Washington street
Center  Hoboken, NJ - Tiviland
         6/2005              Nikes shoes

Place in china that makes the items -

WWW. CNXZ. CN  China shoes

Guangzhou General Trading Company
   Alex Zhang
      1201-3275432
      201-321-5432

   www.general trading cn.com   - 321 Washington street
                                    Hoboken, NJ

Lucky Nike Trading CO. Ltd.

③

Fake Jewelry

1182 Broadway , NY, NY    Silver Inc.    28 + 29 Strut
Gucci Jewelry                              No Name,
Silver
Costue Jewlry —
Playboy Kuch ot
212.532-4306
fax 212 689-2729

4/18/06

10:30 Am - 10:40 Tan drill

11:00 Am

Cindy Davis                    Tanked street

Al Dafelo .                              Accountant
Jed Hargesheimer                   Accountant

Greg Polione

Harriet Flio

4 Company        8:30 Ticket to Flo - Felony
Too many orders
Nike - Stopped

___Payroll Scheme___ — Stolen money —

    Payroll Services — 941 Generated

    Fraudulent 941 — Gives Employee

[Form 8300]

Address —

Timberland

__Flio__ — Payments with Cover sheet
            money order - Receipt", Sale of Payment
        list of Invoice
    NO - money orders
    Check

__Nike__ — Copy of money orders
        No Pay in 30 days   Nike stops shipping
    Call if problem Arrives.

②

Nike ~~dropped~~ took y many adidas. Kant ~~store~~ _Lord_

Nike'' - Cut of had many adas -

① Nike →

② JAY Gervuth - Atarkt

Frand detectiv Program -

Bernd Katz - Account

12/19/05                 9Um                    Jared
                                                Saul
5/1973                              Longo , Herb Esse
Queens College - left for war
to Israel til aft war  ( 10/73   - 3/74 )
1974
soccer - Adelphi scholarship

H 18 Air      - security @ airport

Business 4 ptr → Israel Barell
Maternity Store Queens 4 diaper service
Bronx store
15 Stores  "Expectations"
Closed stores

Cross County -      Maternity to Electronics
                         closed

2-13 Years   Sneaker Store purchased for $15K
              took over Lease
                         Sneaker Mania - Cross County

Kids + Women's Sneaker Store - Dynasty (Clothing)
  · _                                        Jewelry
Photo Store - joel store

White Plains Outlet → Sneaker Outlet/maina
              moved 2 yrs.                    Corp

Sep corp. SportsStop → in Cross County

final Jonch → opened when sau maternity stps
  costume jeweling , 64428  weisgt

put David to work there

Pizza ➡️
        paid owner from proceeds
        took 1-2 yrs. to pay for store
                            20-25 K ?

payments in advance or $ orders

Jewelry - cash industry of accessories

cash, $ order; COD

Cash income from all businesses

took cash
        deposited
        used to purchase $ orders

told accountant, salary in cash

$100 - 130K per year salary

one yr accttant put $50K as income - 2002

Center for Safety Driving School $50K

No accounting to support income told to
        accountant — selected a #

Cash for Sneaker Mania + Final Touch

2004-05

Mon  pay mnuc b/p check

all $ now deposited

extra $  went to stores

Sneaker - 4 stores

Never told acctant about
    David's bonk income

cosn business
split profits

Pizza Store  W-2  to David,  so he could
        get health insurance for family

No income from Sneaker~~Mania~~  for Eliz   1999-2002
                                on tax returns
Wife on diving school payroll

Cosn wages would've created  W-2

told accountant $100 & 130 total income

gave accountant bank staments for returns

$ orders from cash

not told to accountant

just save him   a # for Cash salares
noticed that no cash income reported, said
   nothing - Thought might not be caught
<u>Financial Statments</u> - Gross Receipts, etc
         Came from his own head (accountant)
         Salary figure came from Elia

   sent to suppliers to get %/credit

   need to show profit per Elia


<u>Sam's</u> $
      Came in with ~~family~~ $
               cash

12 ~~yrs. ago~~
went to Fidelity
he opened account - poa                    Schlomo
over years, took "loans"
                                            Sam~~y~~r

been to USA. about 4 x                      Igal
                                            Joseph
                                            Cavau
                                            in
                                            Israel

owned Property   -   2 White Plains
                      215 Battle Ave.
cash saved             95 Harding Ave
   thru years          84 Waller Ave (50%) - $90
                                             250 mtg.
                      1/2 interest in   38 Orchard
                                              St.
                                           NY City

215 Battle - $800K 200mtg
95 Harding Ave. 800K 200 mtg   50% owned by Moshe
                                     Yassobof
         Financial Statement 64431

32 Cedar Corp
    photographer friend
    Snup knows him well

    500/mo to run property

    deposited checks into account

Cooperal

Accessory Business - (Cedar Business)

5 Block Radius
Location on Broadway - [Earing Plaza]
2 Floors
13-19 employees
receipt of store name
retail wholesales
Take credit cards
cash gets picked up by mgr.
no cash registers
handwritten receipts

~30K daily
(@ 2 locations

10-15
vendors
* order carry
* COD # order
  on large
  deliveries

manager
Dowid now does sales

owner not there

adding machine receipt from other

64432

12/19/05          Conference Room     3:15pm to 5:00pm

①

Jared Scharf — ESQ

Elia, Yekvel, Client/subject/witness
SAI Presigimo     N/A
Chrystha Dawd,   Aust
Herb Ess, S/A
Patrick Longs, S/A.

Background —
     Came   US — 1973, MAY
     Queens College  ←
     Yom Kippur war — back to Ishael  Oct 1973   74   — macs
     6 mths Aft Came back to US from Ishael
Soccer → Adelphi University  — scholarship fa soccer
     EL AL — Security Agent — Kennedy Airport
                         Diplomatic Visa
               3 years

Business's Maternity Stre , Mens stre, with Partner ?
(1st) Diaper Service , by the case
     Partner back Isnol Banel — bad
     $250 A math Rent

(2nd Store) — Bronx Store —

     ↓ 15 Stres → "Expectations"

     Malls very expensive — Industry fell — stre closed

Store Closeds All of then    ②

Then Started is Cross County — electronics store

Second Capital    ——— 3 years Ago — "Sports Stop" — Now
Circuit City open

$15,000 Inventory Purchase Including ——— Sneaker mania
Sneaker Store 12 -13 years
Purchase from _____?    Ago
Land lord took a pass lease over to Eli A

Sneaker store + then Kids + Woman Sneaker Store
Electronics store Closed — became Clothing store
Dynasty Clothing was closed did work out

"Fancy Feet" - Closed not worked out

"Dynasty Jewlery" closed not worked out

(1/2 year Ago) Photo store
10 year lease below market price — photo
store sold due to machine breaking

White Plains — Outlet store
Cross County store — then to Outlet Store
Sneaker outlet to sell sneakers park of Sneaker mania's Cros
2 years Ago.

(3)

"First Touch" - After store expectations
↳ Kiosh in front of Macy's
— Rhode Island - Landlord Recomendations
from landlord to RI

David (Both) → 120 square feet
— Surviving but market is slow — A little
profit

"Pizzia Mania" - Owner - Marox, Landlord - that was
his pizzia store. Employee stole
money. Pizzia Mania 1/2 to
pay out of proceeds
Close to 2 years to pay off.

10 to 12 years Ago
$20,000K to purchase

_____

Money orders

Pay is Advance a money orders
— High turnover
— Purchase orders — Limit was $3,000 postal
money order
→ Dynasty
First Touch  } Cash a money order.

Cash Income — pizzia cash only
→ Credit cards at all store

## Business    Last 2 years

All Cash deposited ⟶

Cash to many orders ⟶

Salary in Cash

Actual — 2003, 2004, 2005,
      Directed by Elia to managers daily Sale

Daily Cash pick up
      Cash paid to Elia Salary + Cash many ads.
      100,000 to 140,000 in salary for year.
2002 - $50,000, Her told Accountant $80,000

"Center for Safety"
Driving School — Payroll Company $50,000 - 52,000 salary
      Regulated by DMV — No more Income.
    ⟶ Small Accountant Payroll
      (-) $16-1099 Not filed
      (⟶ $14,000 reas — $250,000
                  Note from seller — 3 years

2002 - Smash Mania + Pizzia Income Not Reported.

Cash - Pizzia Mania + Smash Man
      2000,    (2002)   2003 Not Fil
                   2004 Not Fil

Feb 2004 = to present All is Accounted For.

Steady MANIA ——> Corp

Aftr search warrant - more checks then many orders.

David — hardly finished high school
      — married — Not Approved wife
David & Elia — Agreeded to split profits with david
      After expenses.
        40,000 ——>
        50,000

Pizzia MANIA — W-2 Wages — David - Payroll
       — Cash — from First Torch
       $10,000 ——> 2000, 2001, 2002 70,000 -
               $10,000 (2)
An employee First Torch ——> $10,000 (1)
     N employee Pizzia MANIA (2)

Elia — 2001   No Steakmania Driving school & Pizzia MANIA | 99 - 2000
     2002 — no Steakmania | No Steakmania

Elia wife was wking at driving school.

1999 — 2002 — No W-2 - Steakmania
       2003 — W-2 - April 15, 2004 — W-2 Steakmania

Accountant  Steakmania  no money orders
               — No Cash Only Cash
               — No Cash Payroll —
Elia - "Mistake by Accountant" - Not supplied by
     Elia to accountant

Elia - told Accutant — Pizza Malia —
Dion School —

Gross Sales — Accoutant —
Cost of Good Sold — Accutant
Salaries = Elia — supplied by Elia

Physical educatn — morris college.

Assets — in other peoples names
— Samy's Accot — mothers money —
— Sammy represent mom's money
12 years ago — help Sami set up
Accot, Power of Attorney — Deposit + withdrawl
                                        Money —

Loans from family — Loans in cash
                    Mother — gave to family member to
                    Heri → $100,000 estimate
        Schwab Accot — Stock purchase
        Fidelity Accot —
        Slomo Rasabi — 1/2 million dollars.
        Re Gladman
Sammy  4 Times Since

        — Money From Israel —

Elia    Noticed mom was not on Retrn + said nothing

Property — White Plans 1999 ———— 94 Harding —
84 Walla 50% own
2 Property 215 Battle Ave 100

50% 1/2 Rental — 38 Orchard Street, NY, NY
Mishen ——→ Yassobof

Given to Wife As Divorce Agreement — 215 Battle Ave 200,00 mint
$800,00
96 Harding Ave,
— 800,000

Financial Statement — 260-270 K mints

84 Walla —
200k — previous owner
Ig M Joseph — Israel — 95 Harding 50% own
Walla

Saved through the years —

32 Cedar Cap — Knows Sammy
(Last 2 years)     800 A month →checks
Personal Account —

Rourdent Information

Jewelry — Custom Jewelry + Accessories
Belt, hat, toys

10 Block Radius — Cash only business
— Volume discounts

Daily Sales — Retail + wholesale.

① Broadway — 2 Floors — Earing Plaza
13-14 employees
4 Girls Cashiers + 1 manager
Store Receipt + volume discounts on receipt
Credit Cards —
$500 — $1500 A typical purchase

② 20 + 30's + Broadway — — Street Vendors
— Hand Written Receipts

David does most of sales

New $10,000 → Never purchased Over $10,000 from
"Earing Plaza"

Davids Affont Lana Oppenhienn 7.7

Rasobi - Lydd Fwding -
Structing deposts - into Samini - Hee Brother,
                                   Elia

12/19/05
1973 - Queens College - Y.K. war Return to
Israel - Adelphi Univ - Scholarship
Security at Airport
STARTed Maternity Store Queens
with Partner ISRAEL BAR EL - he went
back to ISRAEL
Opened Second Store in Bronx
15 STORES - 'EXPECTATIONS'
Closed all Stores change a market
IN mall opened Electronics Store
Changed to Clothing Store
Bought Sneaker Store in Cross County
Mall Cost $N,000 in Chda inventory

Changed one $/Kbst worn

Few years ago took over Photo Store
From mall operator.
Sold Photo Store

opened Outlet in White Plains
to sell excess merchandise
moved 2 years ago
Part q Sneaker Mania
Dynasty was Part q this Corp.

Sport Stop replaced Cross County Mall
Seperate corp.

Final Touch offer while Exftation
was still operating   good deal from
Manyfactuer. Custom Jewelry

Pizza Store with help of owner of
mall - Mr Mark paid off from proceeds
Sent checks with Proceeds

STARTED with money orders because the
Suppliers were not willing give him
a line of credit

Till two years ago
        Told acct he took Salary in
cash

March 6, 2006

11:50 Am to

Greg Pollone
Jared Schaght
Elia, subject
Sal Insignares
Al Petabrese.

Pasta
Knick off

Costure Jewlery — Louie Vertue — Fake $30 sold for $60

Contact Number —

① 1225 Broadway / Between 29 – 30th Street (4000 sq feet)
500 to 1000 Bags

All Floors — line going into buildings
— Peddlers + foreigners
— Elevator Waiting
— Took stairs

4th Floor to 5th Floor — Room 512 5th Floor — 2 kids 6yr + 6in
Buy merchandise
Sent UPS if wanted

Per card → All Brands

Wallace – 347 – 387 – 1525

All Kids & Ladies Bags – Scarves – Shoes
Wallet – Hats + more
whole sale + Retail

source at Bad stive
① — Zamira's Bakery
Employee

② Girl at Driving school

220 Broadway 7th Floor — Same build
Nike shoes    Orjlo – 917 –
Timberland              844 – 3444

Cabinet Person

Chinatown

Ties + hats in Front of 347
347 Canal street - 2nd Floor -

mixed hat place was a don
Don up stairs - Fake Goods → Men + Lady

hats                     → Showroom
Louie Vuton Bags

People in street with Catalogs -

Distribution 321 Washington street
Center  hoboken, NJ - Thailand
6/2005               Nikes shoes

Place in china that make the items -

WWW.CNXZ.CN  China shoes

Guangzhou General Trading Company
Alex Zhang
1201-321-5432
201-321-5432

WWW.general trading CN.com   - 321 Washington street
                                hoboken, NJ
Lucky Nike Trading CO, Ltd.

③

Fake Jewelry

Silver Inc.

182 Broadway , NY, NY    28 & 29 Street
Gucci Jewelry                          No Name,
Store
Costre Jewelry —
Playboy Kwch ot
        212 · 532 - 4306
    fax 212  689 - 2729

4/18/06
10:30 Am - 10:40 - Fire drill
11:00 Am ———

Cindy Dowd                    Janked shat
Al Defeo                                    Accotant
Sal Persicymcow                        Accountat
Greg Pulone
Hciae Elia

6 Company          8300 form Finkret F.6 - Felony
Too may ordis
    Nike - stopped

<u>Payroll Scheme</u> — Stoled money —

    Payroll Savices — 941 Generated

    Fraudulet 941 - Givis enployee

Form 8300
Address —

Timberland

<u>Elia</u> — Payroll with cover sheet
        mroy sdn - Accnt #, Sale of Paymn
        list of Failure
    MO  - money ordus
        Check

<u>Nike</u> — copy of money orders
        No Pay in 30 days  Nike stops shipping
    Call if problem Arrives

②

Nike stopped taking many orders. Kn→t Lend more

Nike — Out of hand many orders —

① Nike →

② JAY Geduth — Accntnt

Fraud detection Program —

Bernd KAZ — Account