UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

      v.                                   07 Cr. 543 (KMK)

YEHEZKEL ELIA and
DAVID ELYAHO                              **NOTICE OF MOTION**

                Defendants.

-------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the attached Declaration of Jared J. Scharf, the exhibits annexed thereto, and the accompanying memorandum of law, the undersigned will move this Court, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, on a date to be determined by the Court, for an Order excluding certain evidence and arguments the government may intend to offer at trial and for such other relief as this Court deems proper.

      This motion is made pursuant to pursuant to Rules 401, 402, 403, 404(b), 608 and 801 Federal Rules of Evidence.

Dated:  White Plains, New York
           May 23, 2008

                                                        Jared J. Scharf
                                                        1025 Westchester Avenue
                                                       White Plains, New York 10604
                                                       (914) 682-9777

                                                       Attorney for Defendant
                                                       Yehezkel Elia

TO: Cynthia Dunne, Esq.
    Assistant United States Attorney
    Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601

    Joseph A. Vita, Esq.
    327 Irving Avenue
    Port Chester, New York 10573