UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
United States of America,                                    :    Case No. 07 CR 543 (KMK)
                                                             :
                                                             :
                              Plaintiff,                     :    **NOTICE OF LIMITED**
                                                             :    **APPEARANCE**
       -against-                                             :
                                                             :
Yehezkel Elia and David Elyaho,                              :
                                                             :
                              Defendants.                    :
------------------------------------------------------------------------X

**COUNSEL:**

     PLEASE TAKE NOTICE that the undersigned has been retained by defendant Yehezkel Elia for the limited purpose of preparing and prosecuting a bail application before the Southern District of New York, with Defendant's trial counsel, Jared J. Scharf, Esq.;

     PLEASE TAKE FURTHER NOTICE that the undersigned hereby appears as counsel to Defendant Yehezkel Elia in the within action for the limited purpose of prosecuting a bail application and the undersigned's court appearance(s) in this action is limited to Defendant Yehezkel Elia's Bail Application;

     PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that all pleadings and documents, relating to said defendant's bail application, be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by e-mail to the address below;

     PLEASE TAKE FURTHER NOTICE that upon termination of representation indicated above, the undersigned will file a Withdrawal of Limited Appearance in this Court, and serve a copy upon Defendant Yehezkel Elia and all other counsel/parties appearing in this action; and,

PLEASE TAKE FURTHER NOTICE that the undersigned is "Attorney of Record" for the bail application only and is available for service of documents only for those court events relating to Defendant Yehezkel Elia's bail application. For all other matters, said defendant must be served through his trial counsel, Jared J. Scharf, Esq..

DATED: New York, New York
August 4, 2008

                        BUCHANAN INGERSOLL & ROONEY P.C.

BY:                 s/
        STUART P. SLOTNICK (SS-1964)
        NEW YORK TIMES BUILDING
        620 EIGHTH AVENUE, 23RD FLOOR
        NEW YORK, NEW YORK 10018
        Attorneys for Defendant Yehezkel Elia
        Telephone (212) 440-4400
        Fax (212) 440-4401
        e-mail: stuart.slotnick@bipc.com