# EXHIBIT A

**PHH Mortgage**

Mortgage Service Center
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your semi-annual mortgage statement

Loan number: 0027740810

**Questions?**
Visit us at
www.MortgageQuestions.com
Call toll free 1-800-449-8767
Fax 1-856-917-8300

5154458 AT   **AUTO   0552 10528-120412 PH1 0002   A2   A8   PN

JANICE ELIA
YEHEZKEL I ELIA
12   SUNSET   LN
HARRISON, NY 10528-1204

SIGN UP FOR PAPERLESS AT THE MESSAGE CENTER. Receive your next statement online.
Visit the Message Center at
www.MortgageQuestions.com today to go paperless!

### Activity for the period January 01 to June 30, 2008

| Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late charges & fees ($) | Suspense & other ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| Jan 14 | Payment | 525.84 | 2,214.11 | 0.00 | 0.00 | 0.00 | 2,739.95 |
| Feb 13 | Payment | 528.58 | 2,211.37 | 0.00 | 0.00 | 0.00 | 2,739.95 |
| Mar 13 | Payment | 531.33 | 2,208.62 | 0.00 | 0.00 | 0.00 | 2,739.95 |
| Apr 15 | Payment | 534.10 | 2,205.85 | 0.00 | 0.00 | 0.00 | 2,739.95 |
| May 15 | Payment | 536.88 | 2,203.07 | 0.00 | 0.00 | 0.00 | 2,739.95 |
| Jun 16 | Payment | 539.68 | 2,200.27 | 0.00 | 0.00 | 0.00 | 2,739.95 |

### Details of your loan

| | |
|---|---|
| Property address | 12 SUNSET LN HARRISON, NY 10528 |
| Principal balance | $421,912.76 |
| Interest rate | 6.2500% |

### Summary of your payments this year

| | |
|---|---|
| Principal | $3,196.4 |
| Interest | $13,243.2 |
| Property taxes | $0.0 |
| Late charges | $0.0 |

Want an easier way to manage your account? Try the Message Center at MortgageQuestions.com. It enables you to receive personalized e-mail alerts regarding mortgage payment confirmations, tax payment notifications, year-end statements and more. So you can access the important information you need when it's convenient for you, any time of the day or night. Sign up today at www.MortgageQuestions.com.

To register for the Message Center and paperless option, go to www.MortgageQuestions.com.

_nk you for your business.

5154458-0281981

Page 1 of

Prepared By: Lois Dinkin                SINGLE FAMILY                       6/16/2006  11:31:32 AM



MLS#: 2610539  **Active**  SF                    **LP: $1,895,000**
Addr:  12 SUNSET Ln                              Area: 5
PO:    Harrison                    Zip Code: 10528

| | | | |
|---|---|---|---|
| City/Town: | Harrison | Grid: | L18  Map: 24 |
| Village: | None | Sch: | Harrison |

| | | | |
|---|---|---|---|
| Rooms: | 11 | Est SqFt: 5880 | YrBlt: 1966/ |
| Bedrooms: | 5 | Elem School: | Harrison Ave |
| Baths: | 5.2 | Jr High School: | Klein |
| Levels: | 2 | High School: | Harrison |

| | | | |
|---|---|---|---|
| Style: | Contemporary | Model: | |
| Exter: | Stucco | Color: | |

Level1: EH,LR/DR/fpl,huge sliders to Patio & Pool,Den/fpl,EIK,Bar,Pdr,Great rm/fpl,Pdr,dr to garage         Living:
Level2: MBR/B/Jacuzzi/fpl/WIC,BR/B,BR/B,BR/B,BR/B         Dining:
Level3: LEv 2 cont: Playroom,Back Stairs                 Mst BR:
Basemt: None                                             Attic:
Neighborhd Assn: N    Additional Fees: N/0    Homeowners Assn: N    Att/Det: D

Complex:                                Est Tax$: $22,226 M  Front:
Tax ID#: 2800-000-000-00491-000-0038    Tax Year: 2005       Depth:       Shape:
Zoning:  Res                            Assmt:    $23,400    Est Acres: 1.45

Amenities: Close2RR, Close2Schol, Cul-de-Sac, Eat in Kitch, Fenced Yard, Fireplace, Pool, Powder Room, Wet Bar, Walk-In-Closets, Vaulted/Cathedral Ceilings, High Ceilings, Master Bath, Privacy
Includes:  Dishwasher, Freezer, Garage Dr Op, Range, Refrig, Screens, Shades/Blnds, W/W Carpet, Washer
Excludes:  Hot Tub, Light Fixtr, Microwave

                                                         Elec CO:
Heat:  Hot Air              Fuel:  Oil                   A/C:     Central
Parkg: 2 Car Garage         Wall:  Sheetrock             Roof:    Asphalt
Water: Municipal            Sewer: Septic                Garbage:

Rem: Elegant home with glass walls opening to beautiful slate patio. Free form pool with waterfall nestled among lush trees & landscaping. New great room with fireplace, 14' ceiling & den with fireplace. 5 bedrooms with 5 baths & 2 powder rooms. Great family space. Great for large family & for entertaining.
Agent To Agent Rem: Sq ft & taxes per town records, please verify. Taxes do not include star exemption.
Showing Instructions: Call listing office. Owner must be home, because of dog.
Directions: Pleasant Rige Rd to James Rd left on Sunset to #12.

Owner: Elia                Possession: TBA                  Modif/Excl: M3
List Office: SOTHEB02      Sotheby's International Realty    914-967-4600      LD:  4/18/2006
List Agent:  5634          Lois Dinkin                       914-263-4068      Fax: 914-967-9105
LA Email:    lois.dinkin@sothebysrealty.com                  CLA Email:
Co-List Office:                                                                SMP:
Co-List Agent:                                               List Type:        ERS
Sub Agent Comp: 2.25%      Buyers Agent Comp: 2.25%          Negotiate Thru:   LA

© Copyright 2006 Westchester-Putnam MLS, Inc. · Data believed accurate but not warranted. All data subject to verification.

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 306154

## Property Description

| Field | Value |
|---|---|
| Property Address | 12 Sunset Lane, Harrison |
| City | Harrison |
| State | NY |
| Zip Code | 10528 |
| Legal Description | 491-38 |
| County | Westchester |
| Assessor's Parcel No. | See legal description. |
| SMSA | 5600 |
| Tax Year | 2003 |
| R.E. Taxes $ | 17,000.00 |
| Special Assessments $ | N/A |
| Borrower | N/A |
| Current Owner | Elia |
| Occupant | [X] Owner [ ] Tenant [ ] Vacant |
| Property rights appraised | [X] Fee Simple [ ] Leasehold |
| Project Type | [ ] PUD [ ] Condominium (HUD/VA only) |
| HOA$ | N/A /Mo. |
| Neighborhood or Project Name | N/A |
| Map Reference | 2/p/13 |
| Census Tract | 85.00 |
| Sale Price $ | N/A |
| Date of Sale | N/A |
| Description and $ amount of loan charges/concessions to be paid by seller | N/A |
| Lender/Client | Elia |
| Address | Same |
| Appraiser | John Salulo |
| Address | Tarrytown, NY |

## Neighborhood

| Field | Value |
|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural |
| Built up | [X] Over 75% [ ] 25-75% [ ] Under 25% |
| Growth rate | [ ] Rapid [X] Stable [ ] Slow |
| Property values | [ ] Increasing [X] Stable [ ] Declining |
| Demand/supply | [X] Shortage [ ] In balance [ ] Over supply |
| Marketing time | [ ] Under 3 mos. [X] 3-6 mos. [ ] Over 6 mos. |
| Predominant occupancy | [X] Owner [ ] Tenant [X] Vacant (0-5%) [ ] Vacant (over 5%) |

Single family housing:
- PRICE $(000): 500 Low / 4000+ High / 1300 Predominant
- AGE (yrs): 1 Low / 100 High / 50 Predominant

Present land use %:
- One family 95%
- 2-4 family
- Multi-family
- Commercial 4%
- vacant 1%

Land use change: [X] Not likely [ ] Likely [ ] In process  To: _____

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: North by North Street, south by Union Avenue, east by Harrison Avenue and west by the Hutchinson River Parkway.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): The subject is located in an established residential neighborhood which is characterizd by a variety of residential home styles. Neighborhood shopping and public transportation are both located within a reasonable distance. There are no apparent adverse factors to report. The Harrison School System Services the area. There are several country clubs located within a 5 mile distance to the subject home. There is road noise from the Hutchinson River parkway which located west of the subject.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Moderately active real estate market. There are no trends indicating loan discounts, interest buydowns or sales concessions apparent or noteworthy in the subjects market area. Conventional / Adjustable financing is typical in this market area at competitive terms. *

Note: This appraiser certifies this report is a summary appraisal report of a complete appraisal as defined in Appraisal Standards #7 (SMT-7) Appraisal Standards Board Eff. 7/1/94

Project Information for PUDs (If applicable) -- Is the developer/builder in control of the Home Owners' Association (HOA)? [ ] YES [ ] NO
Approximate total number of units in the subject project _____ . Approximate total number of units for sale in the subject project N/A
Describe common elements and recreational facilities:

## Site

| Field | Value |
|---|---|
| Dimensions | Irregular. |
| Site area | 1.45 acres subject to survey |
| Corner Lot | [ ] Yes [X] No |
| Specific zoning classification and description | Residential |
| Zoning compliance | [X] Legal [ ] Legal nonconforming (Grandfathered use) [ ] Illegal [ ] No zoning |
| Highest & best use as improved | [X] Present use [ ] Other use (explain) |
| Topography | Gentle slop down |
| Size | Typical for area |
| Shape | Irregular |
| Drainage | Appears adequate |
| View | Average |
| Landscaping | Very good |
| Driveway Surface | Asphalt |
| Apparent easements | No adverse esmnts |
| FEMA Special Flood Hazard Area | [ ] Yes [X] No |
| FEMA Zone | c  Map Date 1991 |
| FEMA Map No. | 3609120009B |

Utilities — Public/Other:
- Electricity: Public [X]
- Gas: [X]
- Water: [x]
- Sanitary sewer: [X]
- Storm sewer: [X]

Off-site Improvements:
- Street: Asphalt — Public [X]
- Curb/gutter: Yes — Public [x]
- Sidewalk: None
- Street lights: None
- Alley: None

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning, use, etc.): There are no apparent adverse site factors to report. The site is well landscaped with mature shrubs, trees and lawns. Flood information is deemed reliable but not warranted.

## GENERAL DESCRIPTION

| General | | Exterior | | Foundation | | Basement | | Insulation | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | One | Foundation | Masonry | Slab | Concrete | Area Sq.Ft. | 0 | Roof | Cncld [X] |
| No. of Stories | 2 | Exterior Walls | Stucco | Crawl Space | None | % Finished | 0 | Ceiling | Cncld [X] |
| Type (Det./Att.) | Detached | Roof Surface | Shingle | Basement | None | Ceiling | N/A | Walls | Cncld [X] |
| Design (Style) | Unique | Gutters & Dwnspts. | Metal | Sump Pump | None noted | Walls | N/A | Floor | Cncld [X] |
| Existing/Proposed | Existing | Window Type | Casement | Dampness | None noted | Floor | N/A | None | |
| Age (Yrs.) | 28+/- yrs | Storm/Screens | Screens | Settlement | None noted | Outside Entry | N/A | Unknown | [x] |
| Effective Age (Yrs.) | 10 yrs | Manufactured House | No | Infestation | None noted | | | | |

## ROOMS

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | |
| Level 1 | x | 1 | 1 | 1 | 1 | | | | .5 | | | 2,876 |
| Level 2 | | | | | | 1 | | 5 | 4 | | | 2,633 |
| | | | | | | | | | | | | 0 |

Finished area above grade contains: 10 Rooms; 5 Bedroom(s); 4.5 Bath(s); 5,509 Square Feet of Gross Living Area

## INTERIOR

| Interior | Materials/Condition | Heating | | Kitchen Equip. | | Attic | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Wood/Marble/Granit | Type | Ha | Refrigerator | [X] | None | | Fireplace(s) #4 | [X] | None | [ ] |
| Walls | Sheetrock | Fuel | Gas | Range/Oven | [X] | Stairs | | Patio Patio | [X] | Garage 2 cars # of cars | |
| Trim/Finish | Wood | Condition | Avg | Disposal | | Drop Stair | | Deck | | Attached | |
| Bath Floor | Ceramic/Stone | COOLING | | Dishwasher | [X] | Scuttle | [X] | Porch | | Detached | |
| Bath Wainscot | Ceramic/Stone | Central | Yes | Fan/Hood | [X] | Floor | | Fence Yes | [X] | Built-In | 2 |
| Doors | Wood | Other | None | Microwave | [X] | Heated | | Pool Inground | [X] | Carport | |
| All in avg condition. | | Condition | Avg | Washer/Dryer | [X] | Finished | | | | Driveway | 3+ cars |

Additional features (special energy efficient items, etc.): The subject has 4 fireplaces, central ac, alarm, patio and an inground pool.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction remodeling/additions, etc.: There is functional obsolescence due to the lack of a basement; the house has limited storage space. There is external obsolescence due to the road noise.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: None noted. This appraiser is not an expert in the detection of hazardous or toxic substances.

| | | | | |
|---|---|---|---|---|
| ESTIMATED SITE VALUE | = $ | N/A | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): The estimated remaining economic life is 60 years. The cost approach has not been utilized due to the age of the dwelling. See attached sketch for house dimensions. | |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | | | | |
| Dwelling 5,509 Sq. Ft. @ $ | = $ | 0 | | |
| Bsmt. 0 Sq. Ft. @ $ | = | 0 | | |
| F/P, Patio, Pool | = | 0 | | |
| Garage/Carport 0 Sq. Ft. @ $ | = | 0 | | |
| Total Estimated Cost New | = $ | 0 | | |
| Less 50 Physical / Functional / External Est. Remaining Econ. Life: Depreciation | = $ | 0 | | |
| Depreciated Value of Improvements | = $ | 0 | | |
| "As-is" Value of Site Improvements | = $ | 0 | | |
| INDICATED VALUE BY COST APPROACH | = $ | 0 | | |

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 12 Sunset Lane, Harrison | 2 Sunset Lane, Harrison | | 81 Taylor Lane, Harrison | | 4 Cayuga, Harrison | |
| Proximity to Subject | | Same Street | | .4 mile | | .4 mile | |
| Sales Price | $ N/A | $ 1,166,750 | | $ 1,525,000 | | $ 1,345,000 | |
| Price/Gross Liv. Area | $ 0.00 | $ 271.34 | | $ 324.47 | | $ 336.25 | |
| Data and/or Verification Sources | Inspection | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing Concessions | | N/A | | N/A | | N/A | |
| Date of Sale/Time | N/A | 5/02 | +68,000 | 6/03 | | 7/03 | |
| Location | Road noise | Road noise | | Good -10% | -152,500 | Good -10% | -134,500 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.45 acres | 1 acre | +112,000 | 1 acre | +112,000 | 1 acre | +112,000 |
| View | Average | Average | | Average | | Average | |
| Design and Appeal | Unique | Ranch | | Ranch | | Split | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 28 Yrs. | 38 years | | 44 years | | 46 years | |
| Condition | Good | Good | | Average/Good | +75,000 | Good | |
| Above Grade Room Count | Total 60 / Bdrms 10 / Baths 5 / 4.5.5 | Total 9 / Bdrms 5 / Baths 4.50 | +5,000 | Total 10 / Bdrms 4 / Baths 4.50 | +5,000 | Total 10 / Bdrms 5 / Baths 3.50 | +15,000 |
| Gross Living Area | 5,509 Sq.Ft. | 4,300 Sq.Ft. | +72,500 | 4,700 Sq.Ft. | +48,500 | 4,000 Sq.Ft. | +90,000 |
| Basement & Finished Rooms Below Grade | None | Full Finished | -40,000 -25,000 | Full Unfinished | -40,000 | Partial Part Finished | -20,000 -10,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas Ha C/Air | Similar | | Similar | | Similar | |
| Energy Efficient Items | None noted | None noted | | None noted | | None noted | |
| Garage/Carport | 2 B.In Garage | 2 car garage | | 2 car garage | | 2 car garage | |
| Porch, Patio, Deck, Fireplace(s), etc. | Patio 4 Fireplaces | Deck 2 Fireplaces | +10,000 | Patio/Porch 1 Fireplace | -5,000 +15,000 | Enclosed room 2 Fireplaces | -7,500 +10,000 |
| Fence, Pool, etc. | Pool None | None None | +50,000 | Pool None | | Pool None | |
| Net Adj. (total) | | [X] + $ | 252,500 | [X] + $ | 58,000 | [X] + $ | 55,000 |
| Adjusted Sales Price of Comparable | | Gross 32.8% Net 21.6% $ 1,419,250 | | Gross 29.7% Net 3.8% $ 1,583,000 | | Gross 29.7% Net 4.1% $ 1,400,000 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Current market data indicates a time adjustment up until 5/2003 is warranted. All sales are closed transactions. Site adjustments are made at $250,000/acre. Adjustments for baths are at $5,000/half and GLA at $60/foot. All other adjustments are for major differences only. The sales chosen are the most recent and comparable as of the date of inspection. The scarcity of sales has prompted the use of comparables which may exceed 6 months in time and vary in age.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | Not sold within the past 3 years. | N/A | N/A | N/A |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject has not been sold within the past 3 years.

INDICATED VALUE BY SALES COMPARISON APPROACH .............................................. $ 1,425,000
INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ 0
This appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans and specifications.
Conditions of Appraisal: This appraisal is based in the condition as of the date of inspection.

Final Reconciliation: The sales comparison approach provides the best estimate of value. The income approach has not been utilized due to the lack of reliable rental data. The cost approach supports the final estimate of market value.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 05/15/2003 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 1,425,000

APPRAISER: Signature ____
Name John Saluto
Date Report Signed Resigned 11/18/03, Original 7/17/03
State Certification # 45-1285    State NY
Or State License #    State

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature ____    [ ] Did [ ] Did Not
Name    Inspect Property
Date Report Signed
State Certification #    State
Or State License #    State

Freddie Mac Form 70 6-93    PAGE 2 OF 2    Fannie Mae Form 1004 6-93
Produced using ACI software, 800.234.8727 www.aciweb.com
Albert Valuation Group

Address: 12 Sunset Lane, Harrison  
City: Harrison  State: NY  Zip: 10528  
Lender: Elia  
File No.: 3055154  
Case No.: js



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: May 15, 2003  
Appraised Value: $ 1,425,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**