**EXHIBIT B**

# THE LAW OFFICE OF DENNIS W. LIGHT, PLLC

149 Grand Street, Suite 3D, White Plains, NY 10601-4805
Tel 914-948-5525          Fax 914-761-5444 *
Toll Free Outside of NY
1-866-LIGHT D W (544-4839)

*- Licensed in New York, New Jersey & Connecticut -*

WEBSITE: www.LightLawOffice.com          E-MAIL: dwlight@LightLawOffice.com

*\* LEGAL NOTICE: This listing does not imply consent to service of legal papers via facsimile.*

Douglas H. Taub, Esq.
Of Counsel, NY
Phaedra Britt, Esq.
Of Counsel, NJ

**William A. Curry and Peter J. Bartolo, Seller**
to
**Jennifer T. Elia and Janice Elia, Purchaser**

---

DATE OF CLOSING:          September 20, 2007

LOCATION OF CLOSING:  Nathan M. Barotz, Esq., 52 Vanderbilt Ave., 14th Floor, New York, NY 10017-3899

I. PRESENT:

    William A. Curry, Seller
    Peter J. Bartolo, Seller
    Adam H. Stone, Seller's attorney
    Dennis W. Light, Purchaser's attorney
    Nathan M. Barotz, Transfer agent
    Patricia Lee Doran, Bank attorney

II. SELLER'S CREDITS:

| | |
|---|---:|
| Purchase price | $ 690,000.00 |
| Sept. maintenance (9/29/07 – 9/30/07) $30.75/day x 2 days | $ 61.50 |
| TOTAL CREDITS TO SELLER | $ 690,061.50 |

III. PURCHASER'S CREDITS:

| | |
|---|---:|
| Contract Deposit | $ 69,000.00 |
| Post-closing rent (9/20/07 – 9/28/07) $83.93/day x 9 days | $ 755.37 |
| ACRIS Etax Document prep fee (Benchmark Title Agency) | $ 150.00 |
| TOTAL CREDITS TO PURCHASER | $ 69,905.37 |
| BALANCE DUE SELLER AT CLOSING | $ 620,156.13 |

IV. CLOSING PAYMENTS TO SELLER ON BALANCE DUE

| | |
|---|---|
| Citi Mortgage | $ 273,045.22 |
| William Curry and Peter Bartolo | $ 235,150.00 |
| William Curry and Peter Bartolo | $ 114,317.63 |
| Janice Elia and Jennifer Elia (Overpayment refund) | $ (2,356.72) |
| TOTAL CLOSING PAYMENTS TO SELLER | $ 620,156.13 |

V. PURCHASER'S CLOSING COSTS:

| | |
|---|---|
| Oct. Maintenance charge | $ 935.20 |
| Maintenance escrow | $ 11,222.40 |
| Co-op administrative fee | $ 250.00 |
| New Proprietary Lease | $ 400.00 |
| Co-op's legal fees | $ 250.00 |
| Additional document preparation fee | $ 150.00 |
| Benchmark Title Agency (Co-op search and ACRIS docs) | $ 450.00 |
| Dennis W. Light (legal fees and travel expense) | $ 761.50 |
| TOTAL CLOSING COSTS TO SELLER | $ 14,419.10 |

THE LAW OFFICE OF DENNIS W. LIGHT
*A Professional Service Limited Liability Company*

**PHH Mortgage**

Mortgage Service Center
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your semi-annual mortgage statement

Loan number: 0044758258

**Questions?**
Visit us at
www.MortgageQuestions.com
Call toll free 1-800-449-8767
Fax 1-856-917-8300

5151596 AT   ••AUTO   0552 10011-332811 PH1 0002   A2   A8   PN
JENNIFER ELIA
337 WEST 20TH APT 1A
NEW YORK, NY 10011-3328

SIGN UP FOR PAPERLESS AT THE MESSAGE CENTER. Receive your next statement online.
Visit the Message Center at
www.MortgageQuestions.com today to go paperless!

### Activity for the period January 01 to June 30, 2008

| Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late charges & fees ($) | Suspense & other ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| Jan 31 | Payment | 335.58 | 2,217.33 | 0.00 | 0.00 | 0.00 | 2,552.91 |
| Mar 17 | Payment | 337.50 | 2,215.41 | 0.00 | 0.00 | 0.00 | 2,552.91 |
| Apr 09 | Payment | 339.42 | 2,213.49 | 0.00 | 0.00 | 0.00 | 2,552.91 |
| May 12 | Payment | 341.35 | 2,211.56 | 0.00 | 0.00 | 0.00 | 2,552.91 |
| Jun 16 | Payment | 343.30 | 2,209.61 | 0.00 | 0.00 | 0.00 | 2,552.91 |

### Details of your loan

| | |
|---|---|
| Property address | 337 WEST 20TH APT 1A NEW YORK, NY 10011 |
| Principal balance | $387,307.47 |
| Interest rate | 6.8400% |

### Summary of your payments this year

| | |
|---|---|
| Principal | $1,697.15 |
| Interest | $11,067.40 |
| Property taxes | $0.00 |
| Late charges | $0.00 |

Want an easier way to manage your account? Try the Message Center at MortgageQuestions.com. It enables you to receive personalized e-mail alerts regarding mortgage payment confirmations, tax payment notifications, year-end statements and more. So you can access the important information you need when it's convenient for you, any time of the day or night. Sign up today at www.MortgageQuestions.com.

To register for the Message Center and paperless option, go to www.MortgageQuestions.com.

Thank you for your business.

Page 1 of 2

---

### DIRECT DEBIT: AUTHORIZATION AGREEMENT REQUEST FORM

Loan Number: 0044758258
JENNIFER ELIA

Date of Draft (Please check one)  ☐ 1st of the month   ☐ 5th   ☐ 10th
Additional Principal $_____ (optional)
Financial Institution_____
Financial Institution Address_____ Phone ( ) _____
ABA or Routing Number (nine digits) _____
Account # _____ Account Type  ☐ Checking   ☐ Savings   ☐ Other
Borrower's Signature_____
Co-Borrower's Signature_____

**RETURN THIS AGREEMENT AND AN UNSIGNED, VOIDED CHECK OR SAVINGS DEPOSIT SLIP TO:**
The Mortgage Service Center • P.O. Box 5456 • Mt. Laurel, NJ 08054-5456 • Fax: (856) 917-8322

I authorize The Mortgage Service Center, its Successors and/or Assigns to debit my account at the financial institution indicated at left. Debits will be made on the 1st, 5th, or 10th of each month as noted. A Returned Item Fee (of up to $50) will be assessed for all debits that cannot be made due to return items. I understand I must continue to remit my monthly payment by check until I receive confirmation of the Direct Debit start date.
I further authorize The Mortgage Service Center to adjust this withdrawal to reflect periodic changes in the mortgage payment.

