# EXHIBIT C

**NYS-45-ATT-MN** (1/05) **Quarterly Combined Withholding, Wage Reporting And Unemployment Insurance Return-Attachment**

60515117

0055-WN17    NY    08180    TAXPAY
Withholding identification number

Mark an **X** in the applicable box(es):
**A.** Original  X    or   Amended return

| Jan 1 Mar 31 | Apr 1 Jun 30 | July 1 Sep 30 | Oct 1 Dec 31 | Tax Year 08 |
|---|---|---|---|---|
| 1 | X 2 | 3 | 4 | Y Y |

**Employer legal name:**

WHITE PLAINS DRIVING SCHOOL

**B.** Other wages only reported on this page ...

**C.** Seasonal employer ................

**Quarterly employee/payee wage reporting information**

Annual wage and withholding totals
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution *(see instr.)* | e Total tax withheld |
|---|---|---|---|---|
| | CASTAGNA ZIRO | 6108.00 | | |
| | TALAVERAS HERIBERTO | 4890.00 | | |
| | ELIA YEHEZKEL I | 12000.00 | | |
| | CHOOKHACHIAN KENNETH | 3498.00 | | |
| | CHOUKHACHIAN CARLIN | 2247.00 | | |
| | ROSENTHAL ABRAHAM | 4738.75 | | |
| | MICHEAUX JON | 3866.63 | | |
| | LORA XIOMARA | 400.00 | | |

Page No. 1 of 1    Total this page only ........    37748.38

If first page, enter grand totals of all pages ...........................    37748.38

| Contact information *(see instructions)* | Name REFERENCE COPY PREPARED BY PAYCHEX | Daytime telephone number DO NOT FILE |
|---|---|---|

For office use only
Postmark [   ][   ][   ][   ]    Received date [   ][   ][   ][   ]

Mail to: NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119

Payroll by Paychex, Inc.

PAYROLL JOURNAL

07/23/2008    14:27    19149640829    SNEAKERAMA    PAGE    02/07

0055-YK56    CROSS COUNTRY PIZZA    PAGE 1

000100 PAYROLL    CROSS COUNTY PIZZA    PERIOD END DATE 07/20/08    CHECK DATE 07/23/08    RUN DATE 07/23/08

| EMPLOYEE NAME | RATE | REG HR | REGULAR EARNINGS | | SOC. SEC. / MED. | FEDERAL | STATE | LOCAL | COUNTY / OTHER DEDUCTIONS | OTHER ADJUSTMENTS | NET PAY | CHK NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **** 000100 PAYROLL | | | | | | | | | | | | |
| 000013 APRIL PAMELA C | 9000 | 3900 | 35100 | | 35100 | 2876 509 | 3754 NY | 913 YNKRS NYDBL | 156 60 | | 27531 | 50027 |
| 000010 BINGHAM DONNA | 10000 | 4000 1400 | 40000 21000 | | 61000 | 3783 885 | 4621 NY | 2131 YNKRS NYDBL | 210 32 | | 49301 | 50028 |
| 000004 CIPRIAN MAX A | 10000 | 600 | 6600 | | 6600 | 397 93 | NY | NYDBL | VCH | | 5858 | 50029 |
| 000009 DOCOS GEORGE A | 10000 | 4000 1d | 40000 1500 | | 41500 | 2473 602 | 2706 NY | 307 YNKRS NYDBL | 104 60 | | 34616 | 50030 |
| 000007 ENRIQUEZ LUIS | 12000 | 4000 2050 | 48000 36500 | | 84500 | 5456 1231 | 10324 NY | 307 YNKRS NYDBL | 425 60 | | 63721 | 50031 |
| 000015 ERDZYICKI STOJANKA | 8000 | 2450 | 19600 | | 19600 | 1215 1831 | 171 NY E | YNKRS NYDBL | 117 560 | | 17070 | 50032 |
| 000006 GARITA JULISSA M | 8000 | 1300 | 10400 | | 10400 | 645 151 | 777 NY | YNKRS NYDBL | | 4500 | 9191 | 50034 |
| 000008 HERNANDEZ ALBERTO | 6500 | 3950 | 33475 | | 33475 | 2002 487 | 784 NY | 171 YNKRS NYDBL | 74 60 | | 30652 | 50036 |
| 000011 JUDD ALLYTYE LORETTA | 8000 | 3250 | 26000 | | 26000 | 1417 NY | 503 YNKRS NYDBL | 50 60 | | 27641 | 50037 |
| 000001 KUBILIUTE KAROLINA | 8000 | 3600 | 28800 | | 28800 | 1810 NY | 599 YNKRS NYDBL | 54 60 | | 23570 | 50038 |
| 000012 LOPEZ KARINA A | | | | 10000 | 10000 | 6200 1450 | 11921 NY | 4773 YNKRS NYDBL | 500 60 | | 26137 | 50039 |
| 000002 MARTINEZ ULISES | 9000 | 4000 1650 | 36000 | 22200 | 58275 | 3613 845 | 7241 NY | 2300 YNKRS NYDBL | 291 60 | | 43915 | 50040 |
| 000014 MEJIA LAURA | 8000 | 1200 | 9600 | | 9600 | 595 135 | NY | NYDBL | 48 | | 8876 | 50041 |
| 000005 OCHOA PEDRO | 10500 | 4000 1900 | 42000 29925 | | 71925 | 4459 1043 | 8279 NY | 3113 YNKRS NYC NYDBL | 360 1970 60 | | 52681 | 50042 |
| 0055-YK56 | CROSS COUNTY PIZZA | | | | | | | | | | | |



07/23/2008   14:27   19149640829                SNEAKERAMA                              PAGE   04/07

SNEAKERAMA INC

**PAYROLL JOURNAL**

| EMPLOYEE | HIRE DATE | REG | O.T. REGULAR | OTHER 2 | PERIOD END DATE 07/20/08 | FEDERAL | STATE NY | LOCAL | | CHECK DATE 07/23/08 | RUN DATE 07/23/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000231 CARABALLO WILLIAM | | 2150 | 3654 | 26120 | | 26120 | 1620 379 | 2414 NY | 509 | | 21199 9779 |
| 000262 ELIA JONATHAN A | | | | 50000 | | 50000 | 3100 725 | 4090 NY | 1647 | | 39536 9780 |
| 000239 ELVARIO DAVID | | 7150 | 3453 | 190000 | | 190000 | 11780 2759 | 36800 NY | 11009 NYC | 6640 | 120556 9781 |
| 000244 GRULLON YOCELIA | | | | 24695 | | 24695 | 1931 358 | 2203 NY | 451 | | 20146 9782 |
| 000218 HARVEY ONIE S | | | | 57000 | | 57000 | 3334 927 | 4747 NYC | 2156 NYC | 1354 | 44382 9783 |
| 000261 SOBGILLO ROMEO G | | 3400 | | 25900 | | 25900 | 2491 370 | 1367 NY | 4107 | | 21775 VCH |

000200 LAST TOUCH

| 000243 BRANCATI JOSEPH K | | | 4000 | 40000 | 3450 | 43450 | 677 158 | 2598 NY | 1394 VHRS | | 10085 9784 |
| ***** | | | | | 10920 | 10920 | | | | | VCH |
| 000240 IOROVO HEIDI L | | | 2730 | 21840 | | 21840 | 1354 317 | 1001 NY | 377 NYC | 137 | 18599 9785 |
| 000266 KHADJEGHURIAN FERREZ | | 8000 | 2767 | 27600 | | 27600 | 1716 401 | 1229 NY | 532 | 232 | 23792 9786 |
| 000253 SILVERIO LINDA C | | 10000 | 2253 | 22530 | | 22530 | 1397 327 | 144 NY | 326 | | 19765 9787 |
| ***** | | 10000 | 2000 | 20000 | | 20000 | 1240 290 | 718 NY | 110 VHRS | | 18205 9788 |
| 000241 SWAREZ JENNIFER L | | 4500 | | | 7650 | 7650 | 474 111 | 255 | | | 9789 |
| | | 100 | | | 7650 | 7650 | | | | | 9790 |

0055-WLG 1                                                      PAGE 1





07/23/2008  14:27    19149640829    SNEAKERAMA    PAGE  07/07

PAYROLL JOURNAL

Payrolls by Paychex, Inc.

0055-YK55    XCLUSIVE FOOTWEAR

| EMPLOYEE NUMBER / NAME | EARNINGS TYPE | HOURS | EARNINGS | OTHER EARNINGS | TOTAL EARNINGS | FICA | FEDERAL | STATE | LOCAL DBL/SUI | NBR ENTRIES / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 000100 PAYROLL | | | 100000 | | 100000 | 6200 / 1450 | 15287 | 5096 NYDBL | 60 | 71950 / 50037 |
| 000262 ELIA JONATHAN A | | 7150/ 357 | 2955 | | 2955 | 158 / 37 | | | 13 | 2545 / 50038 |
| 000252 KOUDOURIS KATRIMA | | 7150 | | | | | | | 42 | / 50039 |
| 000237 LIRIANO ANN WHITNEY | | 8000 1660 | 8400 | | 8400 | 528 123 | | | | 7985 / 50039 |
| 000247 ODEDINA GEORGE | | 7150 543 | 3882 | | 3882 | 241 56 | | | | 3566 / 50040 |
| 000201 PONCE FRANK | | 12000 1500 | 18000 | | 18000 | 1116 261 | 262 NY | 1145 NYDBL | 60 | 16186 / 50041 |
| 000187 ROSARIO MIGUEL | | 8250 960 | 7986 | | 7986 | 495 116 | 285 | | 49 | 7046 / 50042 |
| 000215 SANTOS JANISE | | 6500 1197 | 9815 | | 9815 | 143 | | | | 9031 / 50043 |
| 000048 STEWART COURTNEY | | 8750 309 | 2689 | | 2689 | 165 39 | | | | 2452 / 50044 |
| 000147 FAGO KIM | | 15000 3000 | 45000 | | 45000 | 2790 653 | 5250 NY | 1466 NYDBL | 60 | 34781 / 50045 |
| 000181 WHITE HERBERT R | | | 80000 | | 80000 | 4960 1160 | 8199 NY | 3732 VNKRS NYDBL | 373 60 | 61590 / 50046 |
| 000231 WILLIAMS TRAVIS | | 7/50 157 | 1294 | | 1294 | 300 119 | | | | 1189 / 50047 |
| **** ATOTALS | REGULAR OVERTIME VACATION HOLIDAY SICK/QUALIFIED SICK/NON-QUAL MISCELLANEOUS | 9057 00 00 00 00 00 00 | 279099 00 00 00 00 00 00 | | 279099 | SOC SEC 17341 MEDICARE 4057 | 29285 | 10379 | 373 422 | 11 |
| 0055-YK55   XCLUSIVE FOOTWEAR | | | | | | | | | TOTAL EARNINGS NET PAY VOUCHER NET TOTAL NET | 279099 217842 217842 |

PERIOD END DATE 07/20/08    CHECK DATE 07/23/08    RUN DATE 07/21/08