# EXHIBIT D

07/23/2008  09:59    19149640829                    SNEAKERAMA                           PAGE  03/07

**Allan M. Block Agency, Inc.**
24 So. Broadway
Tarrytown, NY 10591-
Phone: 914-631-4353   Fax: 914-631-2930

| M E M O | | | Page 1 |
|---|---|---|---|
| FINAL10 | NR | 07/14/2008 | |
| BP3008108 | | | |
| CSMP | | 06/21/2008  06/21/2009 | |

Last Touch, Inc.
c/o Sneakerama, Inc.
6 Xavier Drive, Ste 803
Yonkers, NY  10704

The carrier has advised us that they will be cancelling the above
captioned policy due to the discovery of legal issues related to
current ownership. I will forward the formal cancellation notice to you
upon receipt.

I strongly suggest you begin to seek coverage through another agency as
our available markets have been exhausted.  Perhaps a direct writer such
Allstate or State Farm would be your best option.

If there has been a transfer of ownership, we MIGHT be able to rewrite,
however, there are no guarantees as this would be considered a new
venture requiring underwriting of the new management/ownership.

Regards,


                              Nancy Ruggiero

... ... ... ... Block Agency, Inc Faxid: advantage To: Kim

Date: 7/22/2008  02:13 PM  Page: 3 of 3

**WEST AMERICAN INSURANCE COMPANY**
9450 SEWARD ROAD
FAIRFIELD OH 45014-5456

# NOTICE OF NONRENEWAL OF INSURANCE



RECEIVED APR 21 2008 ALLAN M. BLOCK AGENCY

Named Insured & Mailing Address:

LAST TOUCH
6 XAVIER DR STE 803
YONKERS NY 10704-1309

Producer: 31-6113

ALLAN M  BLOCK AGENCY INC
24 S BROADWAY
TARRYTOWN NY 10591-4002

| | |
|---|---|
| Policy No.: | BZW (08) 53339451 |
| Type of Policy: | COMMERCIAL BUSINESSOWNERS |
| Date of Expiration: | 06/19/2008; 12:01 A.M. Local Time at the mailing address of the Named Insured. |

We will not renew this policy when it expires. Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is ADVERSE LOSS RATIO.

The first named insured or his/her authorized agent/broker may request in writing loss information with respect to this policy and previous policies we have written for you. We will provide this information within 10 days from the date we receive your request.

**IF YOU HAVE ANY QUESTIONS IN REGARD TO THIS ACTION, PLEASE CONTACT THE COMPANY'S REPRESENTATIVE: Ms. Karen Zerrahn**
9450 Seward Rd.
Fairfield, OH  45014
(315)431-6193

**THE NEW YORK INSURANCE LAW PROHIBITS INSURERS FROM ENGAGING IN REDLINING PRACTICES BASED UPON GEOGRAPHIC LOCATION OF THE RISK OR THE PRODUCER. IF YOU HAVE ANY REASON TO BELIEVE THAT WE HAVE ACTED IN VIOLATION OF SUCH LAW, YOU MAY FILE YOUR COMPLAINT WITH THE DEPARTMENT EITHER ON ITS WEBSITE AT WWW.INS.STATE.NY.US/COMPLHOW.HTM OR BY WRITING TO THE STATE OF NEW YORK INSURANCE DEPARTMENT, CONSUMER SERVICE BUREAU, AT EITHER 25 BEAVER STREET, NEW YORK, NEW YORK 10004 OR ONE COMMERCE PLAZA, ALBANY, NEW YORK 12257.**

This policy provides fire and extended coverage insurance on your property. You should contact your agent or any agent concerning coverage through another insurer, or your possible eligibility for coverage through the New York Property Insurance Underwriting Association, 100 William Street, 4th Floor, New York, NY 10038. Telephone: (800) 522-3372. Or, you may contact your agent or this insurance company at: Allan M. Block Agency Inc
(914)631-4353

Producer

BZW (08) 53339451   WT2   31-6113
ALLAN M  BLOCK AGENCY INC
24 S BROADWAY
TARRYTOWN NY 10591-4002

Date Mailed:
16th day of April, 2008

*William R Caul*

WILLIAM R CAUL

FORM# CN98970809091 1NY82005
00G#3007.12s                                    Copy for Producer

NYCN19NONE APP
04152008MYNY
Page 1 of 1