# EXHIBIT F

## WAIVER OF RIGHT TO CONTEST EXTRADITION

1. I, Yehezkel Elia, am both an American and Israeli citizen.

2. I hold a passport from the United States of America and the Country of Israel, both of which have been surrendered to the United States government.

3. I was born on _____.

4. My social security number is _____.

5. I reside in the State of New York, the United States of America.

6. I acknowledge that I have been convicted for various felonies in the United States Federal District Court in the Southern District of New York, under Indictment 07 CRIM 543, which was filed in the Southern District of New York, White Plains Division, on June 14, 2007.

7. I specifically acknowledge I have been convicted of the following Federal crimes after a jury trial in the Southern District of New York:

   - 26 U.S.C. 7201, Attempt to Evade or Defeat Tax;
   - 26 U.S.C. 7206 Fraud and False Statements;
   - 18 U.S.C. 371 Conspiracy to Commit an Offense or to Defraud the United States.

7. As a condition of being released from incarceration prior to sentencing, I waive any and all rights to resist extradition under Indictment 07 CRIM 543 from the Country of Israel, or any other country or State or any other place in the world to any location in the United States of America.

8. I hereby waive my right to resist extradition under Indictment 07 CRIM 543 to the Southern District of New York or the State of New York from any territory or country outside the United States, specifically Israel.

9. I fully understand that I may have the right under the Constitution of the United States and under international law to contest any effort to extradite me from another state or country and return me to the United States of America under Indictment 07 CRIM 543 and I freely, knowingly and intelligently waive this right.

10. I acknowledge to the Honorable Kenneth M. Karas, Federal District Court Judge in the Southern District of New York, that I will not travel outside the United States without permission of this Court.

11. I will not contest any effort to return me to the United States or to the State of New York, pursuant to Indictment 07 CRIM 543, if I am given permission to leave the United States of American by this Court.

12. I further acknowledge to the Honorable Kenneth M. Karas, that I will appear for every court appearance, including sentencing, related to Indictment 07 CRIM 543 and will comply with any order of the Honorable Kenneth M. Karas, or any other Judge of competent jurisdiction.

13. I acknowledge that the crimes that I have been convicted of render me extraditable from Israel to the United States of America.

14. I further waive any rights that I may have under the Convention on Extradition between the Government of the United States of America and the Government of the State of Israel (T.I.A.S. No. 5476, 14 U.S.T. 1707, 1963 WL 65166) or any other treaty or international law with regards to my extradition or return to the United States of America related Indictment 07 CRIM 543.

15. I further agree and consent that this Waiver of Right to Contest Extradition is not revocable so long as I have not been sentenced under Indictment 07 CRIM 543 and this waiver is binding upon me.

16. I make this waiver knowingly, voluntarily and intelligently after having discussed the same with my attorney.

_____
Yehezkel Elia