------------------------------------------------------------

UNITED STATES OF AMERICA

               Vs                            07 CR 00543 (KMK)

Yehezkel Elia                                ORDER

------------------------------------------------------------

Defendant, Yehezkel Elia, is hereby remanded to the custody of the United States Marshal, for the reasons stated on the record on July 2, 2008.

So Ordered: _____    7/2/08
                    U.S. District Judge          Date

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____